**92–2380.** Morrow Chamber of Commerce v. Pub. Util. Comm. Public Utilities Commission, No. 90–1760–TP–PEX. On motion for leave to intervene of Cincinnati Bell Telephone Company.

Motion granted.

RESNICK, J., not participating.